UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Wilson TOUSSAINT,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.: 26-cv-5723-AGS-JLB

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Wilson Toussaint seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He seeks release, arguing, among other things, that his parole under 8 U.S.C. § 1182(d)(5) was inappropriately revoked. (*See* ECF 1, at 10–11.) Respondents concede they "have insufficient information regarding termination of that parole" and thus do "not oppose the petition." (ECF 5, at 2–3.) The Court thus **GRANTS** the petition and orders that petitioner be released subject to the same terms and conditions of his prior parole. All deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: October 14, 2026

Hon. Andrew G. Schopler
United States District Judge